# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY LEE MEAD, JR.

NO. 2020 KW 0785

**NOVEMBER 19, 2020**

---

In Re:    Gary Lee Mead, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 581,751.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

            JMM
            GH
            AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT